UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO TRUJILLO CRUZ,<br><br>            Plaintiff,<br><br>    v.<br><br>B. VALDEZ,<br><br>            Defendant. | Case No. 1:18-cv-00571-DAD-EPG (PC)<br><br>ORDER DIRECTING THE CLERK OF COURT TO MAIL PLAINIFF A COPY OF HIS COMPLAINT<br><br>(ECF NO. 35) |

Guillermo Trujillo Cruz ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On June 5, 2019, Plaintiff what he styles as a "Motion to Compel Discovery of Complaint 1983." (ECF No. 35). Plaintiff states that he was transferred to a new prison and that prison officials lost his legal documents during the transfer process. Thus, Plaintiff requests that the Court "compel discovery" of the Complaint dated Aril 27, 2018.

\\\

\\\

\\\

\\\

1

Considering Plaintiff's motion, the Court ORDERS the Clerk of Court to send Plaintiff a copy of his April 27, 2018 Complaint (ECF No. 1) at his new address: North Kern State Prison, P.O. Box. 4999, Delano, California, 93216.[1]

IT IS SO ORDERED.

Dated: **June 7, 2019**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

---

[1] Although clearly seeking the Complaint he filed in this matter, Plaintiff also filed a similar motion in another case, *Trujillo v. Alverez*, 1:14-cv-00976-LJO-EPG, currently pending before the Court. Plaintiff is reminded to ensure that any motions he files correspond to the correct case.