**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **GUILLERMO TRUJILLO CRUZ**, | CASE NO. 1:18-cv-00571-DAD-EPG |
| Plaintiff, | **ORDER GRANTING MOTION TO PROVIDE PLAINTIFF WITH PHOTOCOPY OF COMPLAINT WITH EXHIBITS** |
| v. | |
| **B. VALDEZ**, | (ECF No. 60) |
| Defendant. | |

After the Ninth Circuit filed a formal mandate on May 22, 2020 for his case, (ECF No. 59), Plaintiff Guillermo Trujillo Cruz moved for a copy of his complaint with exhibits on June 18, 2020, (ECF No. 60). Plaintiff states that he needs the complaint to find certain facts and dates in order to file a petition for a writ of certiorari with the Supreme Court, that prison officials lost or destroyed his relevant legal documents on or about April 15, 2020, and that this request is as a "one time courtesy[.]" (ECF No. 60).

\\\

\\\

\\\

\\\

1

Plaintiff's motion is GRANTED. The Clerk shall send Plaintiff a copy of his original Complaint,[1] (ECF No. 1), without charge.

IT IS SO ORDERED.

Dated: **June 19, 2020**          /s/ Erica P. Grosjean
                                  UNITED STATES MAGISTRATE JUDGE

---

[1] The Complaint and exhibits are included in the same file. Thus, this order will provide the relief Plaintiff requests.